The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WHITNEY YOUNG and MARY KOKSTIS, a married couple,<br><br>       Plaintiffs,<br><br> v.<br><br>FUTURE MOTION, INC.,<br><br>       Defendant. | NO. 2:22-cv-01701-JNW<br><br>STIPULATED MOTION TO SET EXPERT DISCLOSURE DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>May 18, 2023 |

The parties to this lawsuit jointly stipulate and request that the court issue an order setting the expert disclosure deadlines as follows:

Plaintiff's FRCP 26(a)(2) Initial Expert Disclosures will be exchanged on or before September 1, 2023;

Defendant's FRCP 26(a)(2) Initial Expert Disclosures will be exchanged on or before October 2, 2023; and

Plaintiffs' FRCP 26(a)(2) Rebuttal Expert Disclosures will be exchanged on or before October 23, 2023.

STIPULATED MOTION TO SET EXPERT DISCLOSURE
DEADLINES  - 1
Case No. 2:22-cv-01701-JNW



Friedman | Rubin® PLLP
1109 1st Avenue, Suite 501
Seattle, WA  98101
Tel: (206)501-4446
Fax: (206)623-0794

The parties request this order because the deadline to complete all discovery, including expert disclosures, is December 8, 2023 (Dkt. 16). The above agreed deadlines will allow the parties to complete expert discovery prior to the discovery deadline.

SO STIPULATED this 18th day of May, 2023.

| FRIEDMAN | RUBIN PLLP | NILAN JOHNSON LEWIS PA |
|---|---|

/s/ Rachel M. Luke
Rachel M. Luke, WSBA #42194
Michael A. Angiulo, WSBA #58343
1109 1st Avenue, Suite 501
Seattle, WA 98101
rachel@friedmanrubin.com
mangiulo@friedmanrubin.com
Phone: (206) 501-4446
Fax: (206) 623-0794

*Attorneys for Plaintiffs*

/s/ Allison M. Lange Garrison
     (*Via email permission 5/16/2023*)
Allison M. Lange Garrison (*pro hac vice*)
250 Marquette Avenue South, Suite 800
Minneapolis, MN  55401
Phone: (612) 305-7500
alangegarrison@nilanjohnson.com

and

SUMMIT LAW GROUP, PLLC
Lawrence C. Locker, WSBA #15819
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
larryl@summitlaw.com
Phone: (206) 676-7000
Fax: (206) 676-7001

*Attorneys for Defendant*

### ORDER

It is so ordered.

DATED the 16th day of June, 2023.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO SET EXPERT DISCLOSURE DEADLINES  - 2
Case No. 2:22-cv-01701-JNW

Friedman | Rubin® PLLP
1109 1st Avenue, Suite 501
Seattle, WA  98101
Tel: (206)501-4446
Fax: (206)623-0794